| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jasman B Jasim** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3122** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Samira A Jassim** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7576** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | |
| Case number:  **11–03594** | | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jasman B Jasim                               Samira A Jassim

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

March 15, 2016                                                       **For the court:**    Jeffrey P. Allsteadt, Clerk
                                                                                            United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-03594-DRC
Jasman B Jasim                                                  Chapter 13
Samira A Jassim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: arodarte              Page 1 of 2                 Date Rcvd: Mar 15, 2016
                               Form ID: 3180W              Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2016.
```
db/jdb         +Jasman B Jasim,    Samira A Jassim,    1241 Trinity Drive,    Carol Stream, IL 60188-4352
16738842       +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
16738846       +GC Services Limited Partnership,     6330 Gulfton,    Houston, TX 77081-1198
16738853       +Island National,    6851 Jericho trurnpike,    Suite 180,    Syosset, NY 11791-4421
16738855       +Keynote Consulting,    220 W Campus Dr Ste 102,    Arlington Heights, IL 60004-1498
16738857       +Mci,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
16738858       +Nationwide Credit,    2015 Vaughn RD NW,    BLD 400,    Kennesaw, GA 30144-7802
16776786      #+Rjm Acquisitions Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
16738864        Roger H. Simon,    1500 Sherman Ave,    Suite 301,    Evanston, IL 60201
16738866       +Stoneleigh Recovery Associates, LLC,     P.O. Box 1441,    Lombard, IL 60148-8441
16738867       +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
16777581       +West Suburban Currency Exchanges, I,     1400 E Touhy Avenue, #108,    Des Plaines, IL 60018-3338
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16738835       +EDI: ARSN.COM Mar 16 2016 01:13:00      ARS National Services,    960 S. Andersen Drive, Suite B,
                 Escondido, CA 92029-1964
16738836        EDI: CINGMIDLAND.COM Mar 16 2016 01:13:00       AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
16738832       +EDI: ALLIANCEONE.COM Mar 16 2016 01:13:00       Alliance One,    4850 street Rd. Suite 300,
                 Feasterville Trevose, PA 19053-6643
16780418       +EDI: GMACFS.COM Mar 16 2016 01:13:00      Ally Financial,    PO BOX 130424,
                 Roseville MN 55113-0004
16738833       +EDI: AMSHER.COM Mar 16 2016 01:13:00      AmSher Collection Services Inc.,
                 600 Beacon Pkwy W Ste 300,    Birmingham, AL 35209-3114
16794593        EDI: AIS.COM Mar 16 2016 01:13:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
16738834       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Mar 16 2016 01:19:33       Armor Systems Co,
                 1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
17002695        EDI: RESURGENT.COM Mar 16 2016 01:13:00       B-Line, LLC,    MS 550,    PO Box 91121,
                 Seattle, WA 98111-9221
16738868        EDI: AISTMBL.COM Mar 16 2016 01:13:00      T-Mobile USA Inc,    Attention: Bankruptcy Department,
                 PO Box 53410,    Bellevue, WA 98015-5341
16898433       +EDI: OPHSUBSID.COM Mar 16 2016 01:13:00      CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
16738837        EDI: CAPITALONE.COM Mar 16 2016 01:13:00       Cap One,    Po Box 85520,    Richmond, VA 23285
16738838       +E-mail/Text: bankruptcy@cavps.com Mar 16 2016 01:19:00       Cavalry Portfolio Serv,
                 7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
17026156       +E-mail/Text: bankruptcy@cavps.com Mar 16 2016 01:19:00       Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
16738839        E-mail/Text: jessicajones@cpcrecovery.com Mar 16 2016 01:19:14       Central Protfolio Control,
                 6640 Shady Oak Rd #300,    Eden Prairie, MN 55344-7710
16738840       +EDI: CCS.COM Mar 16 2016 01:13:00      Collection,    Po Box 9134,    Needham, MA 02494-9134
16738841       +EDI: RCSFNBMARIN.COM Mar 16 2016 01:13:00       Credit One Bank,    Po Box 98875,
                 Las Vegas, NV 89193-8875
18298951       +EDI: RESURGENT.COM Mar 16 2016 01:13:00       East Bay Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
16738843        E-mail/Text: data_processing@fin-rec.com Mar 16 2016 01:18:38       Financial Recovery Services,
                 PO Box 385908,    Minneapolis, MN 55438-5908
16738845       +EDI: GMACFS.COM Mar 16 2016 01:13:00      G M A C,    15303 S 94th Ave,
                 Orland Park, IL 60462-3825
16738848        EDI: RMSC.COM Mar 16 2016 01:13:00      Green Tree Servicing L,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101
16738847       +E-mail/Text: bk@gafco.net Mar 16 2016 01:18:49       Great American Finance,    205 W Wacker Dr,
                 Chicago, IL 60606-1211
17035259       +E-mail/Text: bk@gafco.net Mar 16 2016 01:18:50       Great American Finance Co.,
                 20 N. Wacker Dr., Suite 2275,    Chicago, IL 60606-1294
16958610       +EDI: RMSC.COM Mar 16 2016 01:13:00      Green Tree Servicing LLC,    7360 S Kyrene Rd,
                 Recovery Dept T120,    Tempe Az 85283-8432
16738849       +E-mail/Text: bankruptcy@hraccounts.com Mar 16 2016 01:18:31       H & R Accounts Inc.,
                 7017 John Deere Parkway,    Moline, IL 61265-8072
16738851        EDI: HFC.COM Mar 16 2016 01:13:00      HSBC Card Serivces,    PO Box 17051,
                 Baltimore, MD 21297-1051
16738850       +E-mail/Text: bkynotice@harvardcollect.com Mar 16 2016 01:19:35       Harvard Coll,    4839 N Elton,
                 Chicago, IL 60630-2589
16738852       +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Mar 16 2016 01:18:30
                 ISAC (Illinois Student Assistant C),    1775 Lake Cook Road,    Deerfield, IL 60015-5215
17254873       +EDI: ATTWIREBK.COM Mar 16 2016 01:13:00       Illinois Bell Telephone Company,
                 % AT&T Services Inc.,    Attorney: James Grudus, Esq.,    One AT&T Way, Room 3A218,
                 Bedminster, NJ 07921-2693
18834635        EDI: JEFFERSONCAP.COM Mar 16 2016 01:13:00       JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
16738854        EDI: JEFFERSONCAP.COM Mar 16 2016 01:13:00       Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
```

```
District/off: 0752-1           User: arodarte              Page 2 of 2                  Date Rcvd: Mar 15, 2016
                               Form ID: 3180W              Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
17289215       EDI: RESURGENT.COM Mar 16 2016 01:13:00      LVNV Funding LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
16738856      +EDI: RESURGENT.COM Mar 16 2016 01:13:00      Lvnv Funding Llc,   Po Box 740281,
                 Houston, TX 77274-0281
16738859      +E-mail/Text: egssupportservices@egscorp.com Mar 16 2016 01:18:56      NCO financial,
                 507 Prudential Road,   Horsham, PA 19044-2368
16738860      +E-mail/Text: EBN_Notifications@OWB.com Mar 16 2016 01:18:42      Onewest Bank,
                 6900 Beatrice Dr,   Kalamazoo, MI 49009-9559
17395435       EDI: PRA.COM Mar 16 2016 01:13:00      Portfolio Recovery Associates, LLC,
                 Capital One National Association,   POB 41067,   Norfolk VA 23541
17288782       EDI: PRA.COM Mar 16 2016 01:13:00      Portfolio Recovery Associates, LLC,
                 c/o Orchard Bank/Non Prime,   POB 41067,   Norfolk VA 23541
16738861      +EDI: PRA.COM Mar 16 2016 01:13:00      Portfolio,   120 Corporate Blvd, Ste 100,
                 Norfolk, VA 23502-4962
16738862      +EDI: PRA.COM Mar 16 2016 01:13:00      Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4962
16738865      +EDI: NAVIENTFKASMSERV.COM Mar 16 2016 01:13:00      Sallie Mae,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
16894918       EDI: NAVIENTFKASMGUAR.COM Mar 16 2016 01:13:00      Sallie Mae Inc. on behalf of USA FUNDS,
                 Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
16738869      +E-mail/Text: bankruptcydepartment@tsico.com Mar 16 2016 01:19:29      Transworld Systems,
                 1375 East Woodfield Rd, #110,   Schaumburg, IL 60173-5423
16738870      +EDI: URSI.COM Mar 16 2016 01:13:00      United Recovery Systems,   5800 North Course Drive,
                 Houston, TX 77072-1613
19994943      +EDI: OPHSUBSID.COM Mar 16 2016 01:13:00      Vanda, LLC,   c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 43

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16738831     ##+Aegis Receivables Management, Inc.,   PO Box 165809,   Irving, TX 75016-5809
16738844     ##Freedman Anselmo Lindberg & Rappe,   1807 W. Diehl Rd,   Suite 333,   Naperville, IL 60563-1890
16738863     ##+Receivables Performa,   10413 Beardslee Blvd,   Bothell, WA 98011-3463
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2016 at the address(es) listed below:
```
              Evan Lincoln Moscov    on behalf of Creditor    Vanda, LLC evan.moscov@moscovlaw.com,
               bncmail@w-legal.com;teresap@w-legal.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Joseph P Doyle    on behalf of Plaintiff Samira A Jasim joe@fightbills.com,   courts@fightbills.com
              Joseph P Doyle    on behalf of Plaintiff Jasman B Jasim joe@fightbills.com,   courts@fightbills.com
              Joseph P Doyle    on behalf of Debtor 1 Jasman B Jasim joe@fightbills.com,   courts@fightbills.com
              Joseph P Doyle    on behalf of Debtor 2 Samira A Jassim joe@fightbills.com,   courts@fightbills.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```